*[Handwritten annotations in left margin:]*
Jaleceya Tate
Jimmy Tate
808-940-4639
Shanodtateon@gmail.com
439 Elliott Rd
Mcdonough GA 30252
cc: MWJS

*[Stamps top right:]*
ORIGINAL
FILED IN THE UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 14 2025
at ___ o'clock and 35 min. __ M
Lucy H. Carrillo, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

JIMMY TATE and JALECEYA TATE, individually and as parents of their minor children,
PLAINTIFFS,

V.

GRADY MEMORIAL HOSPITAL,
DEFENDANT.

CASE NO.: CV25 00350 MWJS RT

## COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF
## RELIEF INTRODUCTION

### I. PRELIMINARY STATEMENT

Plaintiffs Jimmy Tate and Jaleceya Tate, individually and on behalf of their four minor children, bring this lawsuit against Grady Memorial Hospital for egregious violations of medical privacy, negligence, emotional distress, conspiracy, and financial harm that have significantly impacted their lives.

Defendant Grady Memorial Hospital is responsible for knowingly or negligently allowing its employee to unlawfully access and distribute confidential medical records, including the Sexual Assault Kit (S.A. Kit) of Jaleceya Tate, who was a minor at the time.
The employee, acting in conspiracy with Calvin McCoy Jr., misused confidential medical data and other stolen identities to assist McCoy's fraudulent Paycheck Protection Program (PPP) loan scheme, which involved multiple false entities registered in Hawaii.
As a result of this reckless disregard for privacy and security, Plaintiffs have suffered:

- Severe emotional distress, anxiety, and psychological trauma.
- Violation of medical privacy and loss of personal dignity.
- Financial damages linked to fraudulent misuse of stolen medical and personal information.
- Destruction of familial relationships and parental well-being.
- Harm to minor children due to emotional trauma and reputational damage.

Plaintiffs now reside in Honolulu, Hawaii, and this lawsuit is brought in the U.S. District Court for the District of Hawaii to hold Defendant fully accountable.

### II. JURISDICTION AND VENUE

This Court has subject matter jurisdiction under 28 U.S.C. § 1332 (Diversity Jurisdiction) because:

- Plaintiffs reside in Hawaii.
- Defendant Grady Memorial Hospital is headquartered in Georgia.
- The financial fraud resulting from stolen medical records occurred in Hawaii, making it a substantial part of the claim.

This Court also has federal question jurisdiction under 28 U.S.C. § 1331, as the case involves:

- Violations of federal medical privacy laws (HIPAA and related statutes).
- Financial fraud linked to federal PPP funds.

Venue is proper under 28 U.S.C. § 1391(b)(2) because:

- The fraudulent PPP loan scheme directly harmed Plaintiffs in Hawaii.
- Hawaii was the location where McCoy created multiple fraudulent businesses.

## III. PARTIES

- Plaintiff Jaleceya Tate was a minor at the time her S.A. kit was conducted and now resides in Honolulu, Hawaii.
- Plaintiff Jimmy Tate resides in Honolulu, Hawaii, and is the husband of Jaleceya Tate.
- Plaintiffs' four minor children (names withheld for privacy) have suffered direct and indirect harm as a result of Defendant's actions.
- Defendant Grady Memorial Hospital is a medical institution headquartered in Atlanta, Georgia, responsible for patient confidentiality and federal privacy compliance.

## IV. FACTUAL ALLEGATIONS

- When Jaleceya Tate was a minor, she sought medical treatment at Grady Memorial Hospital, where a Sexual Assault Kit was performed and the results were stored in Grady's medical records system.
- Grady Memorial Hospital negligently granted access to Jaleceya Tate's confidential medical records, including Sexual Assault Kit (S.A. Kit) results.
- Kuyom Renee Davenport, an employee of Grady, then provided these records to Calvin McCoy Jr., who used them to assist his fraudulent financial activities in Hawaii.
- McCoy, a convicted felon with charges of forgery, obtained multiple Paycheck Protection Program (PPP) loans in the names of various members of the Tate family.
- McCoy opened multiple fraudulent businesses in Hawaii to obtain PPP loans, causing financial and reputational harm to Plaintiffs.
- Grady Memorial Hospital's failure to protect confidential information directly enabled this fraud, linking it to Hawaii's jurisdiction..

## V. CAUSES OF ACTION

**COUNT I: INVASION OF PRIVACY / UNAUTHORIZED DISCLOSURE OF MEDICAL INFORMATION**

Defendant Grady Memorial Hospital, through its employee, unlawfully accessed and disclosed confidential medical records, including a minor's Sexual Assault Kit, in violation of federal privacy protections.
 **Authority:** 42 U.S.C. § 1320d-6; Restatement (Second) of Torts § 652B; *Whalen v. Roe*, 429 U.S. 589 (1977); *Norman-Bloodsaw v. Lawrence Berkeley Lab*, 135 F.3d 1260 (9th Cir. 1998).

## COUNT II: COMPUTER FRAUD AND ABUSE ACT (CFAA)

Defendant, by and through its employee, intentionally accessed Plaintiffs' medical records without authorization or by exceeding authorized access, and obtained information used in a fraudulent scheme, in violation of the Computer Fraud and Abuse Act.
 **Authority:** 18 U.S.C. § 1030(a)(2)(C), (g); *Van Buren v. United States*, 141 S. Ct. 1648 (2021).

## COUNT III: STORED COMMUNICATIONS ACT (SCA)

Defendant, by and through its employee, intentionally accessed and disclosed Plaintiffs' stored electronic health information without lawful consent, in violation of the Stored Communications Act.
 **Authority:** 18 U.S.C. § 2701(a), § 2707; *In re Pharmatrak, Inc. Privacy Litig.*, 329 F.3d 9 (1st Cir. 2003).

## COUNT IV: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (IIED)

Defendant's conduct in disclosing a minor's sexual assault records to a third party for use in a fraudulent scheme constitutes extreme and outrageous conduct, causing Plaintiffs severe emotional distress.
 **Authority:** Restatement (Second) of Torts § 46; *Snyder v. Phelps*, 562 U.S. 443 (2011).

## COUNT V: NEGLIGENCE

Defendant failed to exercise reasonable care in safeguarding Plaintiffs' confidential medical information, directly enabling its misuse in a fraudulent scheme and causing Plaintiffs substantial harm.
 **Authority:** Federal common law; *Barnes v. United States*, 137 F. App'x 184 (9th Cir. 2005).

## COUNT VI: LOSS OF CONSORTIUM

As a direct result of Defendant's conduct, Plaintiff Jimmy Tate lost the companionship, emotional support, and marital stability of his spouse, and Plaintiffs' minor children suffered emotional and psychological trauma.
 **Authority:** Restatement (Second) of Torts § 693; *Cross v. United States*, 335 F.2d 987 (D.C. Cir. 1964).

### COUNT VII: UNJUST ENRICHMENT (AS TO GRADY EMPLOYEE)

The Grady Memorial Hospital employee was unjustly enriched by receiving a benefit from the unauthorized disclosure and misuse of Plaintiffs' confidential information in furtherance of a fraudulent scheme.
 **Authority:** Federal common law; *Astoria Fed. Sav. & Loan Ass'n v. Solimino*, 501 U.S. 104 (1991).

### COUNT VIII: CIVIL RICO CONSPIRACY

Defendant's employee conspired with others to participate in a pattern of racketeering activity, including identity theft and wire fraud, in violation of the Racketeer Influenced and Corrupt Organizations Act.
 **Authority:** 18 U.S.C. § 1962(d); *Salinas v. United States*, 522 U.S. 52 (1997).

### COUNT IX: PUNITIVE DAMAGES

Defendant's reckless disregard for federally mandated patient confidentiality and privacy rights justifies the imposition of punitive damages to punish and deter such conduct.
 **Authority:** *Pacific Mut. Life Ins. Co. v. Haslip*, 499 U.S. 1 (1991).

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:
- Award compensatory damages in an amount to be determined at trial;
- A permanent injunction requiring Defendant to:
    - Implement stricter security measures to protect patient data
    - Conduct regular HIPAA compliance audits
    - Provide mandatory employee training on patient privacy
- Attorney's fees and court costs
- Any further relief this Court deems just and proper

## VII. DEMAND FOR JURY TRIAL

Plaintiffs demand a trial by jury on all claims.

## VIII. VERIFICATION

Dated: 8-14-25

Jaleceya Tate: _____
808-990-4639
Jaleceya@gmail.com

Jimmy-Sharod Tate: _____
808-551-3474
Sharodtate07@gmail.com