AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| JIMMY TATE and JALECEYA TATE, individually and as parents of their minor children<br><br>    Plaintiffs,<br><br>    V.<br><br>GRADY MEMORIAL HOSPITAL<br><br>    Defendant. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 25-00350 DKW-RT<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>Sep 29, 2025, 5:06 pm<br>Lucy H. Carrillo, Clerk of Court |

[ ]   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice, and judgment is entered, pursuant to the "Order Denying Without Prejudice Application to Proceed in District Court Without Prepaying Fees or Costs", ECF No. 12, filed on September 10, 2025 and the Entering Order filed on September 29, 2025, ECF No. 14. It is further ordered that the Clerk shall close this case.

| | |
|---|---|
| September 29, 2025 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by EA |
| | (By) Deputy Clerk |